

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-96,034-02

**EX PARTE CHRISHAD DESHAWN MANNING, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. W-2361179-A IN THE 363ʳᴰ DISTRICT COURT
## FROM DALLAS COUNTY

*Per curiam*.

### O P I N I O N

Applicant was convicted of manufacture or delivery of a controlled substance and sentenced to seven years' imprisonment. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that plea was involuntary because part of the plea was that he would be given the opportunity to obtain shock probation. However, the trial court did not timely sign the order placing him on shock probation. Based on the record, the trial court has determined that Applicant's plea was involuntary.

Relief is granted. *Brady v. United States*, 397 U.S. 742 (1970). The judgment in cause

number F-23-61179 in the 363ʳᵈ District Court of Dallas County is set aside, and Applicant is remanded to the custody of the Sheriff of Dallas County to answer the charges as set out in the indictment. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: November 20, 2024
Do not publish